**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY**

In the Matter of:

Michael Joseph Jasso, Jr.
Anthonette Nathalie Jasso,

        Debtors
_____/

Case No. 12-22098
Chapter 13
Hon. Daniel S. Opperman

**OBJECTION TO PROOF OF CLAIM OF
THE MICHIGAN DEPARTMENT OF TREASURY**

NOW COMES Debtors, Michael Joseph Jasso, Jr., and Anthonette Nathalie Jasso, by and through his attorney, Mark D. Scully, and hereby objects to the Proof of Claim of the Michigan Department of Treasury (Claim No. 11) as stated below:

1. On or about January 4, 2013, Creditor, Michigan Department of Treasury ("Creditor"), filed a Proof of Claim claiming Debtor owed $32,427.97 as a priority unsecured claim.

2. The Proof of Claim includes estimated amount of taxes as follows:
   a. 7/1/2010 through 6/30/2011 in the amount of $10,000.00 plus $285.85 as interest;
   b. 7/1/2011 – 12/31/2011 in the amount of $10,000.00 plus $74.30 as interest.

3. The Proof of Claim includes additional penalties of $7,560.25 as a general unsecured claim.

4. The Proof of Claim includes estimated amount of taxes as follows:
   c. 7/1/2010 through 6/30/2011 in the amount of $2,500.00;
   d. 7/1/2011 – 12/31/2011 in the amount of $1,000.00.

5. Debtor has sold his interest in and ceased operations of his business prior to 7/1/2010 and is on information and belief was not obligated to file

Michigan business Tax Returns or in the alternative, the tax returns would have resulted in no tax obligation.

6. Creditor should be required to amend its Proof of Claim to reflect the actual amounts owed to Creditor.

7. Attached as Exhibit "A" is a proposed Order Denying Proof of Claim of Department of Treasury.

WHEREFORE, Debtor, Michael Joseph Jasso Jr., and Anthonette Nathalie Jasso,, requests that this honorable Court reduce Creditor's Claim to in the amount of $12,067.82 as a priority unsecured claim, and $4,060.25 as a general unsecured claim and require Creditor Michigan Department of Treasury to submit an amended claim with the correct amount of taxes owing, and any further just and equitable relief as this Court deems necessary.

Respectfully submitted,

/s/ Mark D. Scully

_____
Mark D. Scully (P38925)
Attorney for Debtor
1820 N. Lapeer Road, Ste. 2A
Lapeer, MI 48446
(810) 245-6082
dbrownatt@sbcglobal.net

Dated: July 23, 2013