UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In the Matter of:

Michael Joseph Jasso, Jr.
Anthonette Nathalie Jasso

Case No.: 12-22098
Chapter 13
Hon. Daniel S. Opperman

Debtor.
_____/

## STIPULATION TO ENTRY OF ADJOURNMENT OF HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM

The parties hereto agree to the entry of the Adjournment Order to the Hearing on Debtors' Objection to Proof of Claim to October 31, 2013 at 9:00 a.m.

Approved as to form and content:

/s/ Moe Freedman
_____
Moe Freedman P74424
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd, Ste 10-200
Detroit, MI 48202
(313) 456-0140
FreedmanM1@Michigan.gov

/s/ Mark D. Scully
_____
Mark D. Scully P38925
Attorney for Debtors
1820 N. Lapeer Road, Suite 2a
Lapeer, MI 48446
(810) 245-6082
dbrownatt@sbcglobal.net