UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

In Re:

Michael Joseph Jasso, Jr.
Anthonette Nathalie Jasso
        Debtor.
_____/

Case No.: 12-22098
Chapter 13
Hon. Daniel S. Opperman

## ORDER ADJOURNING HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM

This matter having come before this Court on the Stipulation to Adjourn Hearing on Debtor's Objection to Proof of Claim; and the Court being fully advised in the premises;

**IT HEREBY ORDERED** that the Hearing on Debtor's Objection to Proof of Claim set for September 12, 2013 shall be adjourned to October 31, 2013, at 10:00 a.m.

.

**Signed on September 17, 2013**

          /s/ Daniel S. Opperman
          Daniel S. Opperman
          United States Bankruptcy Judge